IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MODERN STORAGE, LLC**                                                    **PLAINTIFF**

v.                           No. 4:23-cv-1199-DPM

**STORE LOCAL MEDIA
CORPORATION, d/b/a Modern Storage
Media**                                                                    **DEFENDANT**

## ORDER

Unopposed motions, *Doc. 53 & 54*, conditionally granted as specified. The parties may proceed as planned in the summary judgment briefing. But, thirty calendar days after each party files its reply brief, the party must file a notice with a document-by-document explanation with specific reasons why the unredacted version of each document should remain sealed. A party's confidential designation is not, standing alone, a sufficient reason. *Doc. 22 at 6*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2025