# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MODERN STORAGE, LLC**                                              **PLAINTIFF**

**v.**                               **No. 4:23-cv-1199-DPM**

**STORE LOCAL MEDIA CORPORATION**
**d/b/a Modern Storage Media**                              **DEFENDANT**

## ORDER

The Court continues working on the many long-pending motions but has fallen behind. The parties need a decision on those motions before they can make their big pretrial filings later this week, and finish their trial preparations, assuming a trial is needed. Several months ago, Store Local Media suggested oral argument. The Court demurred because of other obligations. After further study, though, the Court has concluded that oral argument would be very helpful in addressing the voluminous filings. It's needed. The Final Scheduling Order, *Doc. 18*, is therefore suspended. The Court will instead hold a half-day oral argument on 6 April 2026 at 1:30 p.m. in courtroom AC436 in Little Rock. In the meantime, the Court will file an Order clearing some brush to focus the arguments. Counsel should pencil in the weeks of June 15th and July 6th as fall-back trial settings.

- 2 -

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_3 March 2026_