**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MODERN STORAGE, LLC** **PLAINTIFF**

**v.** **No. 4:23-cv-1199-DPM**

**STORE LOCAL MEDIA CORPORATION, d/b/a Modern Storage Media** **DEFENDANT**

# ORDER

The Court reserved its ruling on the sealing issues, *Doc. 137*. The Court addresses them now.

- For good cause, exhibits 5, 8, 16, 23, and 30 to Store Local Media's summary judgment motion, *Doc. 74*, shall remain under seal. The exhibits contain sensitive commercial information about Modern Storage's marketing and corporate strategy. FED. R. CIV. P. 26(c)(1)(G). For the same reasons, Store Local Media's statement of facts, *Doc. 76*, and exhibit 2 to its notice, *Doc. 123*, shall stay sealed, too.

- With one exception, the parties' unredacted versions of their briefs and exhibits shall also remain under seal. The exception: the unredacted version of exhibit 19 to Modern Storage's summary judgment motions, *Doc. 56 & 59*, should not be sealed. The parties didn't give reasons for redaction, and the exhibit isn't commercially sensitive.

The Court directs the Clerk to keep sealed *Doc. 74-4, 74-7, 74-15, 74-22, 74-29, 76, & 123-2*. The Court directs the Clerk to unseal and file

exhibit 19 to *Doc. 86 & 87*, and substitute it for sealed exhibit 19 to *Doc. 56 & 59*.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

30 September 2026