**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MODERN STORAGE, LLC** **PLAINTIFF**

**v.** **No. 4:23-cv-1199-DPM**

**STORE LOCAL MEDIA CORPORATION, d/b/a Modern Storage Media** **DEFENDANT**

# JUDGMENT

Modern Storage, LLC's complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

30 September 2026